# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN LEON NEAL

    VS                                            CASE NO.  3:08CV277/RV/EMT

WALTER A. MCNEIL

**REFERRAL AND ORDER**

Referred to Judge Vinson on   03/11/2009
Type of Motion/Pleading  OBJECTIONS TO FINDINGS AND RECOMMENDATIONS
Filed by: Petitioner            on 3/6/09        Doc. No. 22
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on _____ Doc. No. _____
                                          on _____ Doc. No. _____
                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ D. Bajzik
                                          Deputy Clerk

**ORDER**

       Upon consideration of the petitioner's late-filed objections, my order adopting the report and recommendation dated March 3, 2009, and the Clerk's Judgment remain in full force and effect.

       DONE AND ORDERED this 11th day of March, 2009.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                          Document No.